**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Cause No.: 4:24-CR-00374-JAR/SRW** |
| **v.** ) | |
| ) | |
| ) | |
| **TERRANCE KWADE,** ) | |
| ) | |
| **Defendant.** ) | |

**AMEND REQUEST FOR CONTINUANCE OF PLEA HEARING**

COMES NOW Defendant **Terrance Kwade**, by and through counsel, Attorney Timothy J. Smith, of Rudman & Smith, LLC., and respectfully requests a continuance of the hearing because Defense counsel has experienced a death in the family and will be planning and attending a funeral service. The government has consented to said request.

Respectfully submitted:

RUDMAN & SMITH, LLC

__/s/ Timothy J. Smith_____
Timothy J. Smith, #48655
2611 South Big Bend Blvd.
St. Louis, MO 63143
T: (314) 645-7246
F: (314) 645-4156
 E: tjsmith@rudmansmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 9th day of December 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.